UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALAN RITCHIE CUNNINGHAM,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

Case No. 11-5220 BHS-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #17] recommending that this case be remanded, based on the stipulation of the parties [ECF #16]. It is therefore ORDERED

(1) The Court ADOPTS the Report and Recommendation;

(2) The Court REVERSES and REMANDS for further administrative proceedings; and

(3) The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 29th day of August, 2011.

                                    */s/ Benjamin H. Settle*
                                  BENJAMIN H. SETTLE
                                  United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION