# United States District Court

WESTERN DISTRICT OF WASHINGTON

ALAN RITCHIE CUNNINGHAM ,

v.

MICHAEL J. ASTRUE,

JUDGMENT IN A CIVIL CASE

Case No. 11-5220 BHS-KLS

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court ADOPTS the Report and Recommendation; and

(2) The Court REVERSES and REMANDS for further administrative proceedings.


| September 1, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |
| | *s / Mary Trent* |
| | Deputy Clerk |